RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for PAUL PRESLEY REED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL PRESLEY REED,<br><br>Defendant. | Case No. 3:19-cr-00001-RCJ-CLB<br><br>**ORDER TO CONTINUE INITIAL REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for PAUL PRESLEY REED and NICHOLAS A. TRUTANICH, United States Attorney, and PETER WALKINGSHAW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance regarding Revocation of Supervised Release hearing set for July 27, 2020, at 2:00 PM, be vacated and continued to September 2, 2020, at 3:00 PM.

///

This Stipulation is entered into for the following reasons:

1. This is a joint request by counsel for defendant PAUL PRESLEY REED and counsel for the Government.

2. The state criminal charges pending against Mr. Reed, which form one of the basis of the alleged violation of his supervised release conditions, have yet to be adjudicated.

3. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), which states that the "court must hold the revocation hearing within a reasonable time."

4. Mr. Reed is not detained.

5. The parties agree to the continuance.

6. This is the first request for a continuance.

DATED this 22nd day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>PAUL PRESLEY REED | By */s/ Peter Walkingshaw*<br>PETER WALKINGSHAW<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Initial Appearance regarding Revocation Hearing currently set for July 27, 2020, at 2:00 PM, be vacated and continued to September 2, 2020, at 3:00 PM.

DATED this __23rd__ day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3