RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for PAUL PRESLEY REED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL PRESLEY REED,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00001-RCJ-CLB<br><br>**STIPULATION TO CONTINUE INITIAL REVOCATION HEARING (SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for PAUL PRESLEY REED and NICHOLAS A. TRUTANICH, United States Attorney, and PETER WALKINGSHAW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance regarding Revocation of Supervised Release hearing set for September 2, 2020, at 3:00 PM, be vacated and continued to October 21, 2020, at 3:00 PM.

　　　///

This Stipulation is entered into for the following reasons:

1. This is a joint request by counsel for defendant PAUL PRESLEY REED and counsel for the Government.

2. The state criminal charges pending against Mr. Reed, which form one of the basis of the alleged violation of his supervised release conditions, have yet to be adjudicated.

3. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), which states that the "court must hold the revocation hearing within a reasonable time."

4. Mr. Reed is not detained.

5. The parties agree to the continuance.

6. This is the second request for a continuance.

DATED this 28th day of August, 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
|---|---|
| Federal Public Defender | United States Attorney |
| By */s/ Kate Berry* | By */s/ Peter Walkingshaw* |
| KATE BERRY | PETER WALKINGSHAW |
| Assistant Federal Public Defender | Assistant United States Attorney |
| Counsel for PAUL PRESLEY REED | Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Initial Appearance regarding Revocation Hearing currently set for September 2, 2020, at 3:00 PM, be vacated and continued to October 21, 2020, at 3:00 PM.

DATED this __31st__ day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3