RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for PAUL PRESLEY REED

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                           COUNSEL/PARTIES OF RECORD

                        OCT 20 2020

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
                BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL PRESLEY REED,<br><br>Defendant. | Case No. 3:19-cr-00001-RCJ-CLB<br><br>ORDER CONTINUING<br>REVOCATION HEARING |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for PAUL PRESLEY REED and NICHOLAS A. TRUTANICH, United States Attorney, and PETER WALKINGSHAW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance regarding Revocation of Supervised Release hearing set for October 21, 2020, at 3:00 PM, be vacated and continued to May 3, 2021, at 3:00 PM.

///

This Stipulation is entered into for the following reasons:

1. This is a joint request by counsel for defendant PAUL PRESLEY REED and counsel for the Government.

2. The state criminal charges pending against Mr. Reed, which form one of the basis of the alleged violation of his supervised release conditions, have yet to be adjudicated. Should the state case be adjudicated before the revocation date in the instant case, the parties will notify the Court.

3. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), which states that the "court must hold the revocation hearing within a reasonable time."

4. Mr. Reed is not detained.

5. The parties agree to the continuance.

6. This is the third request for a continuance.

DATED this 20th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Kate Berry<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for<br>PAUL PRESLEY REED | By /s/ Peter Walkingshaw<br>PETER WALKINGSHAW<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Initial Appearance regarding Revocation Hearing currently set for October 21, 2020, at 3:00 PM, be vacated and continued to May 3, 2021, at 3:00 PM.

DATED this __20th__ day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE