RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 11580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Lauren_gorman@fd.org

Attorney for PAUL PRESLEY REED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL PRESLEY REED,<br><br>Defendant. | Case No. 3:19-cr-00001-RCJ-CLB<br><br>**ORDER REGARDING STIPULATION TO CONTINUE REVOCATION HEARING (FIFTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for PAUL PRESLEY REED and CHRISTOPHER CHIOU, Acting United States Attorney, and PETER WALKINGSHAW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance regarding Revocation of Supervised Release hearing set for June 30, 2021, at 11:00 AM, be vacated and continued to November 16, 2021, at 11:00 AM.

///

This Stipulation is entered into for the following reasons:

1. This is a joint request by counsel for defendant PAUL PRESLEY REED and counsel for the Government.

2. The state criminal charges pending against Mr. Reed, which form one of the basis of the alleged violation of his supervised release conditions, have yet to be adjudicated. Should the state case be adjudicated before the revocation date in the instant case, the parties will notify the Court.

3. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), which states that the "court must hold the revocation hearing within a reasonable time."

4. Mr. Reed is not detained.

5. The parties agree to the continuance.

6. This is the fifth request for a continuance.

DATED this 26th day of May, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Lauren D. Gorman<br>LAUREN D. GORMAN<br>Assistant Federal Public Defender<br>Counsel for<br>PAUL PRESLEY REED | By /s/ Peter Walkingshaw<br>PETER WALKINGSHAW<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Initial Appearance regarding Revocation Hearing currently set for June 30 2021, at 11:00 AM, be vacated and continued to **November 16, 2021, at 2:00 PM.**

DATED this __1st__ day of June, 2021.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE