RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for PAUL PRESLEY REED

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00001-HDM-CLB |
| Plaintiff, | **ORDER APPROVING STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING** |
| v. | |
| PAUL PRESLEY REED, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for PAUL PRESLEY REED and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Preliminary Revocation Hearing currently scheduled for December 8, 2025 at 3:00 P.M., be vacated and continued to December 16, 2025, at 11:30 A.M.

This Stipulation is entered into for the following reasons:

1.    Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

1    2.      Failure to grant this extension of time would deprive the defendant continuity

2            of counsel and the effective assistance of counsel.

3    3.      The defendant is currently detained and consents to the continuance.

4    4.      The parties agree to the continuance.

5    5.      This is the first request for a continuance.

6    DATED this 4th day of December, 2025.

7

8    RENE L. VALLADARES                    TODD BLANCHE
     Federal Public Defender               Deputy Attorney General of the United States

9    By: _/s/ Kate Berry_____          By: __/s/ Randolph J. St. Clair_____

10   KATE BERRY                            RANDOLPH J. ST. CLAIR
     Assistant Federal Public Defender     Assistant United States Attorney
11   Counsel for Paul Presley Reed         Counsel for the Government

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00001-HDM-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| PAUL PRESLEY REED, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing previously scheduled for December 8, 2025 at 3:00 P.M., be vacated and continued to December 16, 2025, at 11:30 A.M.

DATED this 4th day of December, 2025.

_C S O̶_

_____
UNITED STATES MAGISTRATE JUDGE