UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>PAUL PRESLEY REED,<br><br>      Defendant. | Case No. 3:19-cr-00001-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

      IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for PAUL PRESLEY REED and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for December 11, 2025, at 11:30 AM, be vacated and continued to **December 18, 2025, at 12:00 PM**.

      This Stipulation is entered into for the following reasons:

1.     Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 4th day of December, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
| By: _/s/ Kate Berry_<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Paul Presley Reed | By: _/s/ Randolph J. St. Clair_<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL PRESLEY REED,<br><br>Defendant. | Case No. 3:19-cr-00001-HDM-CLB<br><br>**ORDER** |

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for December 11, 2025, at 11:30 AM, be vacated and continued to **December 18, 2025, at 12:00 PM** in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO ORDERED.**

DATED this 5th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE